IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,          No. CR S-10-0158 GEB DAD P

  vs.

DAVID NEAL,

    Movant.             <u>ORDER</u>

_____/

        Movant is a federal prisoner proceeding pro se with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On January 5, 2012, the undersigned ordered movant to file an amended motion to vacate, set aside, or correct sentence because all § 2255 motions must be signed and filed on the proper form. The undersigned also denied movant's motion for appointment of counsel. Movant has since filed a "motion for reconsideration" in which he seeks an extension of time to file his amended motion and requests appointment of counsel once more.

        Good cause appearing, the court will grant movant's request for an extension of time to file an amended motion. However, as the court previously advised movant, there currently exists no absolute right to appointment of counsel in § 2255 proceedings. <u>See</u>, <u>e.g.</u>, <u>Irwin v. United States</u>, 414 F.2d 606 (9th Cir. 1969). However, 18 U.S.C. § 3006A authorizes

the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2255 Proceedings. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at this time.

Accordingly, IT IS HEREBY ORDERED that movant's "motion for reconsideration" (Doc. No. 36) is granted in part and denied in part as follows:

1. Movant's request for an extension of time is granted;

2. Within thirty days of the date of service of this order, movant shall file an amended motion to vacate, set aside, or correct sentence filed pursuant to 28 U.S.C. § 2255;

3. Any amended motion must be filed on the form employed by this court and must state all claims and prayers for relief on the form. It must bear the case number assigned to this action and must bear the title "Amended Motion"; and

4. Movant's renewed motion for appointment of counsel is denied.

DATED: February 1, 2012.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
neal0158.236amd