IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,

vs.

DAVID NEAL,

    Movant.

No. 2:10-cr-0158 GEB DAD P

ORDER

_____/

        Movant, a federal prisoner proceeding pro se, has filed an amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. By order filed March 7, 2012, respondent was ordered to file, within sixty days, a response to movant's amended § 2255 motion. Respondent has not yet filed a response to the motion.

        Good cause appearing, IT IS HEREBY ORDERED that within ten days from the date of this order respondent shall file and serve a response to petitioner's amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 and shall show cause in

/////
/////
/////
/////

1

writing why sanctions should not be imposed for the failure to file that response in a timely fashion.

DATED: June 12, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
neal0158.osc