IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,               No. 2:10-cr-0158 GEB DAD P

     vs.

DAVID NEAL,

        Movant.              <u>ORDER</u>

_____/

      Movant, a federal prisoner proceeding pro se, has filed an amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Pending before the court is movant's motion for leave to file a second amended § 2255 motion and respondent's motion for an extension of time to file a response to movant's § 2255 motion.

      Good cause appearing, the court will grant movant thirty days leave to file a second amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. In addition, the court previously directed respondent to file a response to movant's amended motion and subsequently issued an order to show cause due to respondent's failure to timely respond to movant's motion. In response to the court's order to show cause, respondent filed a motion for an extension of time. Under the circumstances set forth above, the court will discharge its order to show cause, deny respondent's motion for an extension of time as now

1

unnecessary and without prejudice, and direct respondent to file any response to movant's second amended motion within sixty days of the date of service of the second amended § 2255 motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's motion for leave to file a second amended § 2255 motion (Doc. No. 44) is granted;

2. Within thirty days of the date of service of this order movant shall file a second amended § 2255 motion to vacate, set aside, or correct his sentence. Any second amended motion must be filed on the form employed by this court and must state all claims and prayers for relief on the form. It must bear the case number assigned to this action and must bear the title "Second Amended Motion";

3. Respondent shall file a response to movant's second amended motion to vacate, set aside, or correct his sentence within sixty days of service of the motion;

4. The court's June 13, 2012 order to show cause is discharged; and

5. Respondent's motion for an extension of time (Doc. No. 46) is denied as unnecessary and without prejudice.

DATED: June 20, 2012.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
neal0158.111rp

2